

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00118-CR

| | | |
|---|---|---|
| RONNIE JAMES MONROE, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1491623R) |
| V. | § | September 13, 2018 |
| | § | Opinion by Justice Meier |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the jury found the repeat-offender notice to be not true. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier